UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

F. MICHAEL CUSTER, ET AL                           CIVIL ACTION

VERSUS                                             NO. 05-0739

MURPHY OIL USA, INC., f/k/a                        SEC. "B"(3)
MURPHY OIL CORPORATION

### ORDER AND REASONS

Plaintiffs' motion (Record Document No. 80) for review of and objections to the Magistrate Judge's Order (Record Document No. 79) is **DISMISSED**.

The Magistrate Judge's order at issue is not clearly erroneous nor legally insufficient. Plaintiffs misinterpret and take out of context that part of the panel opinion that requires the trier of fact to determine, on the merits, whether Defendant properly distributed the ERISA mandated December 2002 notices of ERISA Plan changes to its employees. Undisputed controlling law holds that ERISA claims do not entitle one to a jury trial. *Borst v. Chevron Corp.*, 36 F. 3d 1308, 1323-4 (5th Cir. 1994); *Provident Life & Accident Ins. Co. V. Sharpless*, 364 F. 3d 634 (5th Cir. 2004). *Rosenthal v. Walker*, 111 U.S. 185 (1884), a non-ERISA based action, does not mandate jury trial of an ERISA based claim as here. It

follows then that Plaintiffs' first-time attempt to amend their 2005 filed complaint in order to seek a jury trial of this ERISA action is both untimely and futile.

New Orleans, Louisiana this 16th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE